# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Marvin Clyde Olive

v.  Case Number: 3:20−cv−00366

YTL International Inc., et al.

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Jeffrey V Brown**

**LOCATION:**
Sixth Floor Courtroom Galveston
United States Post Office and Courthouse
601 Rosenberg Street
Galveston, TX 77550

**DATE:** 2/10/2023

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Docket Call

Date:   March 21, 2022                                      Nathan Ochsner, Clerk